FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUL 26 AM 9: 22

CLERK _____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INFORMATION** |
| | ) | **CR 417-123** |
| XAVIER G. ROGERS | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without

prejudice is GRANTED.

SO ORDERED, this 26th day of July , 2018.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA